IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES LEE FOLEY                                                    PETITIONER
ADC #79350

VS.                              5:11CV00065 SWW/JTR

RAY HOBBS, Director,                                              RESPONDENT
Arkansas Department of Correction


ORDER

    Respondent has filed a Response (docket entry #9) asserting, among other

things, that this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus should be

dismissed without prejudice as a "mixed" petition containing some claims that

Petitioner has *not* exhausted in state court (his claims of ineffective assistance of

counsel) and some that he has exhausted (his prosecutorial misconduct claims).  On

May 24, 2011, the Pulaski County Circuit Court denied Petitioner's Ark. R. Crim. P.

37 petition for post-conviction relief in Case No. CR 2008-2880 and, when the

Response was filed in this federal habeas action, the time had not expired for

Petitioner to file a notice of appeal of the denial.  *See* Ark. R. App. P.-Crim. 2(a)(4)

(notice of appeal must be filed within thirty days from entry of order denying Rule 37

petition).  It appears that the appeal time has now expired, and the website for the

Pulaski County Circuit Court does not indicate that a notice of appeal has been filed.

-1-

Petitioner is directed to file a Reply, **on or before July 11, 2011,** advising whether he filed a notice of appeal of the denial of his Rule 37 petition in Pulaski County Circuit Court Case No. 2008-2880.  If he filed a notice of appeal, he should attach a copy to his Reply.

DATED THIS 27th DAY OF June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE