IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES LEE FOLEY**                                                                                               **PETITIONER**
**ADC #79350**

VS.                                       NO. 5:11CV00065 KGB/JTR

**RAY HOBBS, Director,**                                                                                        **RESPONDENT**
**Arkansas Department of Correction**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 24). Though petitioner James Lee Foley filed a motion to stay and a motion for relief (Dkt. No. 25) after the Proposed Findings and Recommended Disposition, and, four months later, a motion to correct his motion to stay and motion for relief (Dkt. No. 26), Mr. Foley filed no timely or specific objections. The Court has considered the documents Mr. Foley filed.

After careful consideration of the Proposed Findings and Recommended Disposition and the entire record before the Court, including the documents Mr. Foley filed, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

Therefore, it is ordered that petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied (Dkt. No. 2), and this case is dismissed with prejudice. It is further ordered that a certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

SO ORDERED this 15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE