**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES LEE FOLEY**                                                                                    **PETITIONER**
**ADC #79350**

**VS.**                                          **NO. 5:11CV00065 KGB/JTR**

**RAY HOBBS, Director,**                                                                          **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

      Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this 28 U.S.C. § 2254 action is dismissed with prejudice.

      SO ADJUDGED this 15th day of October, 2013.


_____
UNITED STATES DISTRICT JUDGE